**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 13-cv-01082-CMA-BNB

SHELLY K. FAIRBANKS,

    Plaintiff,

v.

HONORABLE JOHN M. McHUGH, Secretary of the Army, and
DEPARTMENT OF THE ARMY, Agency,

    Defendants.

---

**ORDER OF APPOINTMENT OF *PRO BONO* COUNSEL**

---

In accordance with Part III.C. of the U.S. District Court's **Pilot Program to Implement A Civil Pro Bono Panel**, the Court hereby determines that Plaintiff Shelly K. Fairbanks merits appointment of counsel drawn from the Civil *Pro Bono* Panel. The Court is satisfied that the following factors and considerations have been met:

    1)    the nature and complexity of the action;

    2)    the potential merit of the *pro se* party's claims;

    3)    the demonstrated inability of the *pro se* party to retain counsel by other means; and

    4)    the degree to which the interests of justice will be served by appointment of counsel, including the benefit the Court may derive from the assistance of the appointed counsel.

Accordingly, it is ORDERED that the Clerk shall select, notify, and appoint counsel to represent the *pro se* litigant in this civil matter.

DATED:  September   05   , 2013

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge